UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL DAVID STAMP,
JAMES LEONARD BECRAFT, Jr.,
DOUGLAS EDWARD DIEKMAN,

        Defendants.
_____/

1:17-cr-258

Hon. Paul L. Maloney

INDICTMENT
**PENALTY SHEET**

## MICHAEL DAVID STAMP

**COUNT 1 –** Conspiracy to Commit Bank Fraud – 18 U.S.C. § 1349; 18 U.S.C. § 1344(1)

**Maximum penalty:** Not more than 30 years and/or $1,000,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18 U.S.C. § 3663; Mandatory 18 U.S.C. § 3663A]


**COUNTS 2 & 3 –** Bank Fraud – 18 U.S.C. § 1344(1)

**Maximum penalty:** Not more than 30 years and/or $1,000,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18 U.S.C. § 3663; Mandatory 18 U.S.C. § 3663A]

**COUNTS 4, 6, 7 –** False Statements/Reports – 18 U.S.C. § 1014; 18 U.S.C. § 2

**Maximum penalty:**  Not more than 30 years and/or $1,000,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18 U.S.C. § 3663; Mandatory 18 U.S.C. § 3663A]

**COUNT 5 –** Conspiracy – False Statements – Crop Insurance – 18 U.S.C. § 371; 18 U.S.C. § 1014

**Maximum penalty:**  Not more than 5 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18:3663; Mandatory 18:3663A]

**COUNTS 8 - 10 –** Bankruptcy Fraud – Concealed Assets – 18 U.S.C. § 152 (paragraph 1); 18 U.S.C. § 2

**Maximum penalty:**  Not more than 5 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18:3663; Mandatory 18:3663A]

**COUNT 11, 14 –** Bankruptcy Fraud – False Declaration – 18 U.S.C. § 152 (paragraph 3)

**Maximum penalty:**  Not more than 5 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18:3663; Mandatory 18:3663A]

**COUNTS 12 - 13 –** Bankruptcy Fraud – False Oath – 18 U.S.C. § 152 (paragraph 2)

**Maximum penalty:**  Not more than 5 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18:3663; Mandatory 18:3663A]


**FORFEITURE**

**JAMES LEONARD BECRAFT, Jr.**

**COUNT 5 –** Conspiracy – False Statements – Crop Insurance – 18 U.S.C. § 371; 18 U.S.C. § 1014

**Maximum penalty:**  Not more than 5 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18:3663; Mandatory 18:3663A]


**COUNTS 6 - 7 –** False Statements/Reports – 18 U.S.C. § 1014; 18 U.S.C. § 2

**Maximum penalty:**  Not more than 30 years and/or $1,000,000 fine [18 U.S.C. § 3571]

**Supervised Release:** Not more than 5 years [18 U.S.C. § 3583] (Class B Felony, 18 U.S.C. § 3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18 U.S.C. § 3663; Mandatory 18 U.S.C. § 3663A]

**FORFEITURE**

**DOUGLAS EDWARD DIEKMAN**

**COUNT 5 –** Conspiracy – False Statements – Crop Insurance – 18 U.S.C. § 371; 18 U.S.C. § 1014

**Maximum penalty:** Not more than 5 years and/or $250,000 fine [18:3571]

**Supervised Release:** Not more than 3 years [18 U.S.C. § 3583] (Class D Felony, 18:3559)

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**:  [18:3663; Mandatory 18:3663A]


Date:  December 12, 2017                              /s/Clay Stiffler
                                                      Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046